

**ORDERED in the Southern District of Florida on March 12, 2021.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: **19-14385-RAM** |
| **Delecia Princess Johnson** | Chapter   **13** |
| XXX-XX-4502 | |
| Debtor(s)         / | |

### AGREED ORDER ON TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS [D.E. No. 120]

**THIS CAUSE** came before the Court on March 9, 2020 on the Trustee's Objection to Debtor's Claim of Exemptions [D.E. #120] (the "Objection"). Based upon the Trustee's assertions made in support of the Objections, the Debtor, through her counsel, and the Chapter 13 trustee, have agreed to the entry of this order.

Consequently**,** it is **ORDERED** as follows:

1. The Trustee's Objection to claimed exemption is sustained in part and

overruled in part.

2. Debtor's labor and employment attorney, Mr. Anthony Falzon, Esq. ("Mr. Falzon"), shall turnover to the Chapter 13 trustee the amount of $19,147.65 representing the non-exempt portion made payable to Nancy K. Neidich, Chapter 13 Trustees with a reference to the Debtor and Case Number. Payment shall be mailed to Nancy K. Neidich, Chapter 13 Trustee, Post Office Box 2099, Memphis, TN 38101-2099.

3. Mr. Falzon shall disburse the exempt amount to the Debtor and in accordance to the receipts and information provided to the trustee's office.

4. The Trustee shall disburse the additional $19,147.65, less Trustee fee, the amount of $1,000.00 to the Debtor's attorney for her fees and $150.00 to Debtor's attorney for her costs and expenses, and the balance to the unsecured creditors.

###

Submitted by:

**Yenys Hirsch**, Esq., Arguez Hirsch, PLLC, 12555 Orange Drive, Suite 223 Davie, FL 33330

Copies furnished to:
Yenys Hirsch, Esq.
Nancy Neidich, Trustee
Anthony Falzon, Esq.

Attorney, Yenys Hirsch shall serve a copy of the signed order on all parties on the Court's mailing matrix and file with the court a certificate of service conforming with Local Rule 2002-1(F).