UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number:  19-14385-RAM

DELECIA PRINCESS JOHNSON
    Debtor
_____/

EX-PARTE MOTION TO MODIFY AND NOTICE OF COMPLIANCE WITH ORDER ON OBJECTION TO EXEMPTIONS

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Motion to Modify and Notice of Compliance with Order on Objection to Exemptions  and states as follows:

1) This Court entered an order requiring Mr Anthony Flazon, Esq to turnover the amount of $19,147.65 to the Chapter 13 Trustee.

2)  The Trustee has received the funds and Mr. Falzon is in compliance with this Court's order.

3)  The funds were received on April 6, 2021, which was the 24th month of the plan.

4)  The plan should be modified to reflect that the payments under the plan in month 24 were increased by $19,147.65 for a total of $20,523.89 and the plan base is increased by $19,147.65 to $101,259.92.

WHEREFORE, the Trustee requests that this Court enter an order Modifying the Plan and for any other relief that the Court may deem necessary.

                                                  RESPECTFULLY SUBMITTED:
                                                  NANCY K. NEIDICH, ESQUIRE
                                                  STANDING CHAPTER 13 TRUSTEE
                                                  P.O. BOX 279806
                                                  MIRAMAR, FL 33027-9806

                                                  By: /s/_____
                                                     Amy E. Carrington, Esq.
                                                     *Senior Staff Attorney*
                                                     FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this and the Notice of Hearing was served through NEF on Yenys Hirsh, Esq, attorney for Delecia Princess Johnson and by email to Anthony Falzon, Esq (tony@anthonyfalzon-law.com) on May 3, 2021

/s/
Amy E Carrington, Esq