**UNITED STATES BANKRUPTCY COURT
MIAMI
SOUTHERN DISTRICT OF FLORIDA DIVISION**

CASE NO.: 19-14385-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

DELECIA PRINCESS JOHNSON

DEBTOR_____/

### REPORT OF NON-COMPLIANCE WITH LOCAL RULE 3070-1(B)

Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtor, pursuant to Local Rule 3070-1(B) was to be current in all payments under the confirmed Chapter 13 Plan on or before **April 10, 2022**. The Debtor did not comply with the said order.

2. Accordingly, the Trustee reports that this case should be dismissed.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 16th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Nancy K. Neidich*_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY K. NEIDICH, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　　　STANDING CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 279806
　　　　　　　　　　　　　　　　　　　　　　　　MIRAMAR, FL  33027-9806

CC:  DELECIA PRINCESS JOHNSON
　　　YENYS HIRSCH, ESQUIRE